# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CESAR MUNOZ and ANGEL MAXIMO MUNOZ LEON,**<br><br>Plaintiffs,<br><br>vs.<br><br>**CHAMPION DODGE, LLC, a California Limited Liability Company dba CHAMPION CHRYSLER JEEP DODGE RAM FIAT; FCA US LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive,**<br><br>Defendants. | Case No.: **2:20-cv-10969-DSF-MRW**<br><br>**ORDER ON STIPULATION REGARDING PLAINTIFFS' ATTORNEY'S FEES, COSTS AND EXPENSES [28]**<br><br>Honorable Judge Dale S. Fischer |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

     Plaintiffs CESAR MUNOZ and ANGEL MAXIMO MUNOZ LEON ("**Plaintiffs**") and Defendant FCA US LLC ("**Defendant**"), by and through their

-1-

respective counsel of record, have entered into a stipulation for entry of an Order by the Court regarding Plaintiff's attorney's fees, costs and expenses.

**THE PARTIES HAVE STIPULATED TO THE ENTRY OF AN ORDER AS FOLLOWS:**

(1) That Defendant shall pay the sum of $57,000.00 to Plaintiffs and Plaintiffs hereby agree to accept said payment in full satisfaction of all claims for attorney's fees, costs and expenses in connection with this action.

(2) That Defendant shall pay the sum of $57,000.00 to Plaintiffs within 60 days of May 25, 2022 unless matters outside of the control of Defendant cause delay.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: May 25, 2022

_Dale S. Fischer_
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE